■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE O'GARRO, Appellant. [741 NYS2d 447] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered January 7, 1999, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied his right to a fair trial by a brief reference in the complainant's testimony to an uncharged incident involving a slashing. The Supreme Court sustained the defendant's objection, struck the offending testimony, and issued a prompt curative instruction (*see People v Santiago,* 52 NY2d 865; *People v Vincent,* 250 AD2d 787). Consequently, the Supreme Court providently exercised its discretion in denying the defendant's motion for a mistrial (*see People v Santiago, supra*; *People v Ortega,* 224 AD2d 552; *People v Lockhart,* 220 AD2d 690).

The defendant's remaining contentions are unpreserved for appellate review. Ritter, J.P., Feuerstein, Goldstein and Cozier, JJ., concur.